EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2005 TSPR 53 |
|---|---|
| Maritza I. Quiñones Cardona | 163 DPR _____ |

Número del Caso: TS-11657

Fecha: 18 de marzo de 2005

Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos

Materia: Conducta Profesional
       (La suspensión será efectiva el 13 de abril de 2005 fecha en que se le notificó a la abogada de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Maritza I. Quiñónes Cardona

TS-11657

PER CURIAM

San Juan, Puerto Rico, a 18 de marzo de 2005.

Maritza I. Quiñones Cardona fue admitida al ejercicio profesional el 26 de junio de 1996.

En lo que aquí nos concierne, el 27 de agosto de 2004, la Directora de Inspección de Notarías (la Directora) nos rindió un informe sobre el estado de la notaría de Quiñónes Cardona, mediante el cual nos notificaba de varias violaciones flagrantes de la Ley Notarial y su Reglamento incurridos por ésta. Nos indicaba la Directora que la notario referida no había rendido determinados índices notariales; que no había informado de su cambio de dirección y había trasladado su obra notarial sin autorización, **desconociéndose aún su paradero**.

En vista de lo anterior, el 14 de enero de 2005 emitimos una Resolución instruyéndole a Quiñónes Cardona que nos formulara su reacción al referido informe de la Directora, y requiriéndole que mostrara causa por la cual no debía ser disciplinada por incumplir con sus deberes notariales. Le apercibimos en dicha Resolución, que se le notificó personalmente, que su incumplimiento con lo ordenado allí conllevaría su suspensión inmediata e indefinida del ejercicio profesional.

El 25 de enero de 2005 la Directora nos informó mediante una moción que Quiñones Cardona continuaba ejerciendo la notaría, sin rendir sus índices notariales.

Más aun, ha vencido desde hace varias semanas el término que le concedimos en la Resolución del 14 de enero de 2005, sin que Quiñones Cardona haya comparecido ante nos.

II

Reiteradamente hemos resuelto que los abogados tienen el deber ineludible de cumplir diligentemente las órdenes de este Tribunal. Desatender las órdenes nuestras acarrea la imposición de sanciones disciplinarias severas. In re Zayas Cabán, res. el 21 de septiembre de 2004, 162 D.P.R. ___, 2004 TSPR 158, 2004 JTS 163; In re Arroyo Rivera, res. el 1 de abril de 2004, 161 D.P.R. ___, 2004 TSPR 61, 2004 JTS 61; In re Torres Torregrosa, res. el 13 de enero de 2004, 161 D.P.R. ___, 2004 TSPR 9, 2004 JTS 13; In re Fernández Pacheco, 152 D.P.R. ___, 2000 TSPR 184, 2000 JTS 195; In re Corujo

Collazo, 149 D.P.R. 857 (1999); In re Ron Meléndez, 149 D.P.R. 105 (1999); In re Rivera Rodríguez, 147 D.P.R. 917 (1999).

En el caso de autos, Quiñones Cardona ha hecho caso omiso de una orden nuestra al incumplir con nuestra Resolución del 14 de enero de 2005. Así mismo, se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

III

Por los fundamentos expuestos, procede la suspensión inmediata e indefinida de Maritza Quiñones Cardona del ejercicio de la abogacía y la notaría.

Se le impone a Quiñones Cardona el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Maritza I. Quiñones Cardona

TS-11657

SENTENCIA

San Juan, Puerto Rico, a 18 de marzo de 2005.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, procede la suspensión inmediata e indefinida de Maritza I. Quiñones Cardona del ejercicio de la abogacía y la notaría.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo